| | |
|---|---|
| **WO** | SC |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Larry Charles Snow, Jr., | ) | No. CV 11-1023-PHX-GMS (MHB) |
| Petitioner, | ) | **ORDER** |
| vs. | ) | |
| Charles L. Ryan, et al., | ) | |
| Respondents. | ) | |

Petitioner Larry Charles Snow, Jr., who is confined in the Arizona State Prison Complex-Eyman, Cook Unit, in Florence, Arizona, filed a *pro se* Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254. In an Order filed on June 8, 2011, the Court ordered a response to the Petition. (Doc. 5.) On June 16, 2011, Petitioner filed a motion to correct the court record. (Doc. 8.) In it, Petitioner purports to require Respondents to address various issues and asks the Court to correct its prior Order to correct its description of his claim. The Court described Plaintiff's claim as alleging that "his Due Process and Equal Protection rights have been violated by the failure of the trial court to resentence him following a change in controlling state law." (Doc. 5.) Respondents were ordered to respond to Petitioner's claim, not to this Court's description of the claim. Accordingly, Petitioner's motion will be denied.

**III. Warnings**

**A. Address Changes**

Petitioner must file and serve a notice of a change of address in accordance with Rule

83.3(d) of the Local Rules of Civil Procedure. Petitioner must not include a motion for other relief with a notice of change of address. Failure to comply may result in dismissal of this action.

**B.    Copies**

Petitioner must serve Respondents, or counsel if an appearance has been entered, a copy of every document that he files. Fed. R. Civ. P. 5(a). Each filing must include a certificate stating that a copy of the filing was served. Fed. R. Civ. P. 5(d). Also, Petitioner must submit an additional copy of every filing for use by the Court. LRCiv 5.4. Failure to comply may result in the filing being stricken without further notice to Petitioner.

**C.    Possible Dismissal**

If Petitioner fails to timely comply with every provision of this Order, including these warnings, the Court may dismiss this action without further notice. See Ferdik v. Bonzelet, 963 F.2d 1258, 1260-61 (9th Cir. 1992) (a district court may dismiss an action for failure to comply with any order of the Court).

**IT IS ORDERED:**

(1)    The reference to the Magistrate Judge is **withdrawn** solely as to Petitioner's motion to correct, doc. 8.

(2)    Petitioner's motion to correct record is **denied**.  (Doc. 8.)

DATED this 11th day of July, 2011.

_____
G. Murray Snow
United States District Judge